## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:23-cv-1293 |
| *Plaintiff*, | |
| v. | |
| SUSAN A. VOSHELLE, individually and as Personal Representative of the SUSAN A. VOSHELLE LIFE ESTATE; VICTORIA A. HUDNALL; and GEORGE E. HECK, JR., | |
| *Defendants*. | |

### COMPLAINT TO COLLECT TAX LIABILITIES

The United States of America complains and alleges as follows:

1.     By this timely suit, the United States seeks to obtain a money judgment against Defendant Susan A. Voshelle for her unpaid federal income tax liabilities for tax years 1997 to 2001. The United States further seeks a declaratory judgment that the United States holds valid federal tax liens for Susan Voshelle's unpaid tax liabilities that are enforceable against her interest in the real property located at 9129 Eldridge Rd., Spring Hill, Florida 34608 (the "Subject Property").

## AUTHORIZATION

2.      This action is authorized by the Chief Counsel of the Internal

Revenue Service, a delegate of the Secretary of the Treasury, and is brought at

the direction of the Attorney General of the United States, in accordance with

26 U.S.C. §§ 7401, 7403.

## JURISDICTION AND VENUE

3.      The Court has original jurisdiction over this action pursuant to 28

U.S.C. §§ 1340 and 1345, and 26 U.S.C. § 7402.

4.      Venue is proper in the Middle District of Florida pursuant to 28

U.S.C. §§ 1391(b)(1) and 1396 because Voshelle resides in Hernando County,

Florida.

## PARTIES

5.      The Plaintiff is the United States of America.

6.      Defendant Susan A. Voshelle resides in this district at 9129

Eldridge Road, Spring Hill, Florida. Voshelle is named in her individual

capacity because she is liable to the United States for unpaid individual federal

income taxes assessed against her for tax years 1997 through 2001. The federal

tax liens that arose upon assessment of those liabilities attach to Voshelle's

interest in the Subject Property. And Voshelle is named as the personal

2

representative of the Life Estate of Susan A. Voshelle because the Life Estate, through Voshelle as the personal representative, may claim an interest in the Subject Property pursuant to 26 U.S.C. § 7403(b).

7.      Defendant Victoria Ann Hudnall is Voshelle's daughter. Hudnall resides in York County, Pennsylvania. Hudnall is named as a defendant pursuant to 26 U.S.C. § 7403(b) as a party who may claim in interest in the Subject Property. Any interest Hudnall claims in the Subject Property is encumbered by the tax liens for Voshelle's unpaid tax debts for 1997 to 2001.

8.      Defendant George Edward Heck Jr. is Voshelle's son. Heck resides at Hernando County, Florida. Heck is named as a defendant pursuant to 26 U.S.C. § 7403(b) as a party who may claim in interest in the Subject Property. Any interest Heck claims in the Subject Property is encumbered by the tax liens for Voshelle's unpaid tax debts for 1997 to 2001.

## THE SUBJECT PROPERTY

9.      The United States seeks a declaration that its federal tax liens against Voshelle attach to the real property located at 9129 Eldridge Road, Spring Hill, Florida, identified as Parcel ID Number R32 323 17 5070 0393 0330, and more fully described as:

SPRING HILL UNIT 7 BLK 393 LOT 33 ORB 343 PG 173

## COUNT I

### THE UNITED STATES IS ENTITLED TO A MONETARY JUDGMENT AGAINST SUSAN A. VOSHELLE FOR HER UNPAID FEDERAL INCOME TAX LIABILITIES

10.    For tax years 1997 through 2001, Voshelle late-filed individual federal income tax returns (*IRS Forms 1040 – United States Income Tax Return for Individuals*).

11.    The IRS examined Voshelle's tax returns for tax years 1997 through 2001 and determined that she owed additional tax.

12.    Following the deficiency procedures of 26 U.S.C. § 6211 *et seq.*, a delegate of the Secretary of the Treasury issued a notice of tax deficiency to Voshelle informing her of the additional amounts due and providing her with the opportunity to contest the notice of deficiency in U.S. Tax Court.

13.    In December 2012, Voshelle petitioned the U.S. Tax Court challenging the IRS's assessments against her.

14.    The Tax Court dismissed Voshelle's petition in May 2013 because of Voshelle's failure to comply with the court's order to file an amended petition and pay the court's filing fee.

15.     On the dates and in the amounts described in the table below, a delegate of the Secretary of the Treasury timely assessed income tax, interest, and civil penalties against Voshelle for tax years 1997 through 2001.

| TAX YEAR | ASSESSMENT DATE | TYPE OF ASSESSMENT | AMOUNT |
|---|---|---|---|
| 1997 | November 18, 2013 | Tax | $6,369.00 |
| | | Fraud Penalty (I.R.C. § 6663) | $4,776.75 |
| | | Interest | $16,292.31 |
| | November 26, 2018 | Late Payment Penalty | $1,592.24 |
| 1998 | November 18, 2013 | Tax | $3,442.00 |
| | | Fraud Penalty (I.R.C. § 6663) | $2,581.00 |
| | | Interest | $7,698.06 |
| | November 26, 2018 | Late Payment Penalty | $2,768.20 |
| 1999 | November 18, 2013 | Tax | $5,438.00 |
| | | Fraud Penalty (I.R.C. § 6663) | $4,078.50 |
| | | Interest | $10,485.20 |
| | December 6, 2021 | Late Payment Penalty | $1,359.50 |
| 2000 | November 18, 2013 | Tax | $8,376.00 |
| | | Fraud Penalty (I.R.C. § 6663) | $6,282.00 |
| | | Interest | $13,515.22 |
| | December 6, 2021 | Late Payment Penalty | $2,025.77 |
| 2001 | November 18, 2013 | Tax | $55,408.00 |
| | | Fraud Penalty (I.R.C. § 6663) | $41,556.00 |
| | | Interest | $76,944.30 |
| | December 6, 2021 | Late Payment Penalty | $13,852.00 |

16.     A delegate of the Secretary of the Treasury properly notified Voshelle of the assessments described in Paragraph 15, above, and made demands for payment as provided by law.

17.     Despite proper notice and demand for payment, Voshelle failed to pay the tax liabilities she owes for the 1997 through 2001 tax years.

18.     Considering all payments, credits, abatements, and accrued interest and penalties, Voshelle owes $409,701.23, as of June 1, 2023, for her unpaid federal individual income tax liabilities for the 1997 through 2001 tax years, plus all statutory additions thereafter provided by law, less any further credits, abatements, and payments.

## COUNT II

### DECLARATORY JUDGMENT THAT THE
### FEDERAL TAX LIENS ARE ENFORCEABLE
### AGAINST THE SUBJECT PROPERTY

19.     Federal tax liens arose on the dates of assessment detailed in Paragraph 15, and attached to all of Voshelle's property and rights to property.

20.     Voshelle acquired title to the Subject Property in April 2014 by a warranty deed recorded in the Public Records of Hernando County, Florida at Book 3088, Page 347 (Instrument No. 2014019403). The federal tax liens that arose upon assessment of Voshelle's income tax liabilities for tax years 1997

through 2001 immediately attached to Voshelle's interest in the Subject Property.

21.     By a "Florida Lady Bird Enhanced Life Estate Deed" dated July 2, 2014, and recorded in the Public Records of Hernando County, Florida at Book 3107, Page 1532 (Instrument No. 2014034083), Voshelle transferred her interest in the Subject Property to her children, Victoria Hudnall, and George Heck, Jr., as joint tenants and reserved a life estate in the Subject Property for herself.

22.     Voshelle's transfer of the Subject Property to her children was for little or no consideration. As a result, her children are not "purchasers" under 26 U.S.C. § 6323(h)(6).

23.     Because Victoria Hudnall and George Heck, Jr., are not purchasers, the federal tax liens that arose upon assessment and attached to Voshelle's interest in the Subject Property followed the Subject Property into Victoria Hudnall and George Heck Jr.'s hands and continue to encumber the Subject Property.

24.     On July 14, 2014, the IRS recorded Notices of Federal Tax Lien against Voshelle for her unpaid federal income taxes for tax years 1997 through 2001 in the Public Records of Hernando County, Florida at Book 3110, Page 1568 (Instrument No. 2014036449).

25.     On September 26, 2016, the IRS recorded Notices of Federal Tax Lien against the Susan A. Voshelle Life Estate, as Voshelle's nominee, for Voshelle's unpaid federal income taxes for tax years 1997 through 2001 in the Public Records of Hernando County, Florida at Book 3398, Page, 1805 (Instrument No. 2016053335).

26.     The United States is entitled to a declaratory judgment that the federal tax liens against Susan Voshelle are valid; that the federal tax liens attach to the Subject Property; and that the federal tax liens may, at an appropriate time, be enforced against the Subject Property in accordance with section 7403 of the Internal Revenue Code through a judicial sale.

### PRAYER FOR RELIEF

WHEREFORE, the United States prays for the following relief:

A.     That the Court enter a monetary judgment for the United States and against Susan Voshelle in the amount of $409,701.23, as of June 1, 2023, for her unpaid federal income tax liabilities for tax years 1997 through 2001, plus all statutory additions thereafter provided by law, less any further credits, abatements, and payments;

B.     That the Court declare that the United States holds valid and enforceable federal tax liens against all of Susan Voshelle's property and rights

to property, including the Subject Property, for her unpaid federal tax liabilities for the 1997 through 2001 tax years; and

    C.    That the United States shall be granted its costs incurred to bring this action, along with any other relief that the Court deems just and proper.

Dated:  June 8, 2023          Respectfully submitted,

          DAVID A. HUBBERT
          Deputy Assistant Attorney General

    By:   */s/ Forrest T. Young*
          FORREST T. YOUNG
          New York Bar No. 5582192
          Trial Attorney, Tax Division
          U.S. Department of Justice
          P.O. Box 14198
          Washington, D.C. 20044
          Telephone: (202) 598-6299
          Facsimile: (202) 514-4963
          Forrest.T.Young@usdoj.gov

          *Of Counsel:*

          ROGER B. HANDBERG
          United States Attorney
          Middle District of Florida